PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721

Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO FELIX<br>    aka FELIX ALEJANDRO.,<br><br>Defendant. | CASE NO. 1:24-CR-00045-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The parties stipulate as follows:

1. The indictment was filed in this district on February 29, 2024, and the defendant had his arraignment and plea on indictment on March 5, 2024. The Court scheduled a status conference on April 17, 2024, and excluded time. The government produced initial discovery on March 15, 2024. The defendant is currently in custody.

2. Now, the parties agree to continue the status conference from April 17, 2024, to May 15, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

3. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from April 17, 2024, through May 15, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. §

1

1  3161(h)(7)(A) and (h)(7)(B)(iv).

2       IT IS SO STIPULATED.

4  Dated: April 10, 2024            PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/ Cody Chapple*
                                                Jeffrey Spivak
                                                Cody Chapple
                                                Assistant United States Attorney

9  Dated: April 10, 2024            */s/ Victor Nasser*
                                                Victor Nasser
                                                Counsel for Alejandro Felix.

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from April 17, 2024, until **May 15, 2024, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**; and

2. The period from April 17, 2024, through May 15, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 4/10/2024

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE